UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Robert R. Donnelly,

Case No. 17-60290
Chapter 13

Debtor(s).

## LOSS MITIGATION STATUS REPORT

This Loss Mitigation Status Report is submitted pursuant to the court's Loss Mitigation Program Procedures.

### PART I — GENERAL INFORMATION

a. Full description of the Property:
236 Ballyhack Road
Port Crane, NY 13833

b. Name and address of Creditor:
Seterus, Inc.
14523 SW Millikan Way, Suite 200
Beaverton, OR 97005

Name, address, and telephone number of Creditor's attorney:
Rosicki, Rosicki & Associates
51 East Bethpage Road
Plainview, New York 11803
T#:516-741-2585, Ext. 276

Has Creditor filed a proof of claim?

☐ Yes  ☑ No

# PART II — LOSS MITIGATION PROGRAM

a. On 03/31/2017, a Loss Mitigation Request was filed by:

   ✔ Debtor(s).  ☐ Other party: _____.

   ☐ Creditor.  ☐ The court raised the possibility of Loss Mitigation.

b. Loss Mitigation Order:

   ✔ A Loss Mitigation Order was entered on 05/04/2017.

   ✔ The Loss Mitigation Order was served on 05/05/2017.

c. At this time, the Debtor(s) is/are:

   ✔ making on-going post-petition monthly mortgage payments in the amount of $400.00

   ☐ directly to the Creditor.

   ✔ to the standing trustee.

   ✔ not making on-going post-petition monthly mortgage payments.

d. If the underlying bankruptcy case is one filed under chapter 12 or 13, has a plan been confirmed?

   ☐ Yes  ✔ No

e. Creditor served a Request for Information and Documents on 05/25/2017.

   Debtor(s) served a Response to the Creditor's Request on _____.

   ☐ All Information and Documents have been produced.

   ✔ The following Information and Documents are still outstanding:
   financial packet
   _____.

f. Debtor(s) served a Request for Information and Documents on _____.

   Creditor served a Response to the Debtor(s)' Request on _____.

   ☐ All Information and Documents have been produced.

   ☐ The following Information and Documents are still outstanding:
   _____
   _____.

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)

g.  The Loss Mitigation Parties have participated in  __0__  Loss Mitigation Session(s) and:

☐ A resolution has been reached.

☑ A resolution has not been reached because:
Debtor just started a new job and should be getting paid this week so he will have a pay stub to submit with his financial packet which will be submitted before Court.

h.  Prior Loss Mitigation Status Report (if applicable):

A Prior Loss Mitigation Status Report was submitted on _____.

A Prior Loss Mitigation Status Report was submitted on _____.

A Prior Loss Mitigation Status Report was submitted on _____.

i.  Additional information relevant to the Loss Mitigation Parties reaching a final resolution:

_____

_____

_____

_____.

**PART III — OTHER MORTGAGES/LIENS AGAINST THE PROPERTY**

_____
_____
_____

Dated: 06/14/2017

/s/ Peter A. Orville
Name Peter A. Orville
Firm Orville & McDonald Law, P.C.
Attorney(s) for Debtor(s)/Creditor
Address 30 Riverside Drive, Binghamton, NY 13905
Telephone Number 607-770-1007
Email Address sheiladesantis1@gmail.com
N.D.N.Y. Bar Roll Identification No. 102311

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)