So Ordered.

Signed this 12 day of March, 2018.

Diane Davis
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Robert Donnelly

Case No. 17-60290
Chapter 13

Debtor(s).

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

Name of Creditor: Seterus, Inc.

Property Address: 236 Ballyhack Road, Port Crane, NY 13833

Last Four Digits of Account Number of Loan: 2950

Filing Date of Loss Mitigation Request: 03/31/17

Date of Entry of Loss Mitigation Order: 05/04/17

Other Requests for Loss Mitigation in this Case: Yes ☐    No ☑

The use of the Court's Loss Mitigation Program Procedures has resulted in the following

*[please check appropriate box below]*:

☐ Creditor granted a loan modification

☐ Debtor[1] rejected Creditor's offer of a loan modification

☐ Creditor and Debtor were unable to reach an agreement

---

[1] In joint cases, use of the term "Debtor" shall be read as referring to both Debtors.

(LM:12 Order Terminating & Final Rpt. 03-15-2016)

☐ Debtor surrendered the real property

☐ Creditor agreed to a short sale

☐ Loss Mitigation was terminated due to Debtor's voluntary dismissal of the case

☐ Loss Mitigation was terminated because the case was involuntarily dismissed

☑ Other - Loss Mitigation was terminated for the following reason(s): Creditor denied a loan modification

_____

_____

NOW, based upon the foregoing, it is hereby

**ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

### 

(LM:12 Order Terminating & Final Rpt. 03-15-2016)